### 3384.   MILLER GROCERY CO. v. EASTPORT SARDINE CO.

HILL, C. J.   The allegations of the petition were not proved as laid, and it affirmatively appears, from the evidence for the plaintiff, that the offer to buy, made to the defendant by letter, was expressly refused and no complete contract was entered into. A nonsuit was therefore properly awarded.                    *Judgment affirmed.*

DECIDED JANUARY 15, 1912.

Attachment; from city court of Albany—Judge Crosland. February 21, 1911.

*R. J. Bacon, Ben T. Burson,* for plaintiff.

*Mann & Milner,* for defendant.